```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CV-01383-WBS-DAD |
| Plaintiff, ) | APPLICATION AND ORDER FOR PUBLICATION |
| v. ) | |
| REAL PROPERTY LOCATED AT 3846 ) NISENAN LANE, WHEATLAND, ) CALIFORNIA, YUBA COUNTY, ) APN: 15-120-071, INCLUDING ) ALL APPURTENANCES AND ) IMPROVEMENTS THERETO, ) | |
| Defendant. ) | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

    1.   Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1       3.   The defendant real property is located in Yuba County,
2  Wheatland, California;
3       4.   Plaintiff proposes that publication be made as follows:
4            a.   Four publications;
5            b.   In the following newspaper, a legal newspaper of
6  general circulation, located in the county in which the defendant
7  real property is located: <u>Appeal Democrat</u>;
8            c.   The publication to include the following:
9                 (1)  The Court, title and number of the action;
10                (2)  The date of the arrest/posting;
11                (3)  The identity and/or description of the
12 property arrested/posted;
13                (4)  The name, address and telephone number of the
14 attorney for the plaintiff;
15                (5)  A statement that claims of persons entitled
16 to possession or claiming an interest pursuant to Supplemental
17 Rule C(6) of the Federal Rules of Admiralty must be filed with
18 the Clerk and served on the attorney for the plaintiff within 30
19 days after the date of publication;
20                (6)  A statement that answers to the complaint
21 must be filed and served within 20 days after the filing of the
22 claims and, in the absence thereof, default may be entered and
23 condemnation ordered;
24                (7)  A statement that applications for
25 intervention under Fed. R. Civ. P. 24 by persons claiming
26 maritime liens or other interests shall be filed within the 30
27 days allowed for claims for possession; and
28 ///

1              (8)  The name, address, and telephone number of
2 the U.S. Marshal and/or Department of Treasury.
3 Dated: 6/21/06                McGREGOR W. SCOTT
                                United States Attorney
4

5
                                /s/ Kristin S. Door
6 _____                   KRISTIN S. DOOR
                                Assistant U.S. Attorney
7

8

9                            **ORDER**

10     IT IS SO ORDERED.

11 DATED: July 3, 2006.

12

13                      _____
                        DALE A. DROZD
14                      UNITED STATES MAGISTRATE JUDGE

15

16 Dad1/orders.civil/applic&ordpublic.nisenan

3