McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CV-01383-WBS-DAD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR PUBLICATION |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 3846 ) | |
| NISENAN LANE, WHEATLAND, ) | |
| CALIFORNIA, YUBA COUNTY, ) | |
| APN: 15-120-071, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States of America, plaintiff herein, applies for an order of publication as follows:

    1.   Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1        3.   The defendant real property is located in Yuba County,
2   Wheatland, California;
3        4.   Plaintiff proposes that publication be made as follows:
4             a.   Four publications;
5             b.   In the following newspaper, a legal newspaper of
6   general circulation, located in the county in which the defendant
7   real property is located: <u>Appeal Democrat</u>;
8             c.   The publication to include the following:
9                  (1)  The Court, title and number of the action;
10                 (2)  The date of the arrest/posting;
11                 (3)  The identity and/or description of the
12  property arrested/posted;
13                 (4)  The name, address and telephone number of the
14  attorney for the plaintiff;
15                 (5)  A statement that claims of persons entitled
16  to possession or claiming an interest pursuant to Supplemental
17  Rule C(6) of the Federal Rules of Admiralty must be filed with
18  the Clerk and served on the attorney for the plaintiff within 30
19  days after the date of publication;
20                 (6)  A statement that answers to the complaint
21  must be filed and served within 20 days after the filing of the
22  claims and, in the absence thereof, default may be entered and
23  condemnation ordered;
24                 (7)  A statement that applications for
25  intervention under Fed. R. Civ. P. 24 by persons claiming
26  maritime liens or other interests shall be filed within the 30
27  days allowed for claims for possession; and
28  ///

        (8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: 6/21/06                McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: July 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.civil/applic&ordpublic.nisenan

3