1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:06-CV-01383 WBS-DAD
                                )
12          Plaintiff,           )
                                )    ORDER [Proposed]
13      v.                       )
                                )
14 REAL PROPERTY LOCATED AT 3846 )
   NISENAN LANE, WHEATLAND,      )
15 CALIFORNIA, YUBA COUNTY,      )
   APN: 15-120-071, INCLUDING    )
16 ALL APPURTENANCES AND         )
   IMPROVEMENTS THERETO,         )
17                               )
            Defendant.            )
18 _____)

19

20      Potential claimant Minerva Campos-Edwards shall file her
21 verified claim to the property, and her answer to the Complaint
22 for Forfeiture In Rem, on or before September 14, 2006.  Any
23 motions challenging the legal sufficiency of the Claim or Answer
24 shall be filed no later than November 1, 2006, to be heard on the
25 Court's next available law and motion calendar.
26      Other than as provided above, and for the reasons set forth
27 in the Joint Status (Pretrial Scheduling) Conference Report field
28 by the parties on September 11, 2006, this matter is stayed

1  pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §
2  881(i) until the related criminal case currently pending in
3  federal court is resolved.
4
5       IT IS SO ORDERED.
6  Dated:  September 14, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2