```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 2:06-CV-01383 WBS-DAD |
| )                                 | |
| Plaintiff,           )           | PLAINTIFF'S REQUEST TO |
| )                                 | LIFT STAY AND |
| v.            )                  | ORDER [PROPOSED] |
| )                                 | |
| REAL PROPERTY LOCATED AT 3846 ) | |
| NISENAN LANE, WHEATLAND,      ) | DATE: N/A |
| CALIFORNIA, YUBA COUNTY,      ) | TIME: N/A |
| APN: 15-120-071, INCLUDING    ) | COURTROOM: N/A |
| ALL APPURTENANCES AND         ) | |
| IMPROVEMENTS THERETO,         ) | |
| )                                 | |
| Defendant.           )           | |
| _____) | |

On or about September 11, 2006, the parties jointly requested a stay of further proceedings pending the conclusion of a criminal case then pending against claimant Minerva Campos in this court, <u>U.S. v. Minerva Campos et al</u>., 2:06-cr-170 WBS. Because claimant Campos was sentenced on July 16, 2008, the stay

//

//

1

is no longer necessary.  Accordingly, plaintiff requests that the stay be lifted.

DATED:   June 26, 2009              LAWRENCE G. BROWN
                                    Acting United States Attorney

                              By:   /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney

There being no objection, IT IS SO ORDERED.

DATED:   July 22, 2009

                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

2